PROBATION FORM NO. 35            Report and Order Terminating Probation/
(DSC 8/17)            Supervised Release
           Prior to Original Expiration Date

# United States District Court

FOR THE

### District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| Roberick Moultrie ) | Crim. No. 2:19CR00628-29 |

On February 22, 2021, the above-named individual was sentenced to a five (5) year term of supervised release. The term of supervision commenced on August 14, 2023. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol. 8E, §360.20(c).

Respectfully submitted,

*Adam P. Davis* (signature)

Adam P. Davis
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this  20th  day of  October , 20 25 .

*Bruce H. Hendricks* (signature)

The Honorable Bruce Howe Hendricks
United States District Judge